# MEMORANDUM DECISIONS

## CASES WITHOUT OPINIONS

MARY A. DUNN *vs*. JOSEPH LEBLANC.

Androscoggin County.  Decided December 15, 1910.  Action on the case to recover damages for personal injuries resulting from the plaintiff being struck by an automobile owned by the defendant and driven by his son.  Verdict for plaintiff for $400.  Defendant filed a general motion for a new trial.  The rescript says:  "There being in this case a subsisting verdict and a majority of the Justices after mature consideration and consultation not concurring in granting a new trial, the motion in the case is overruled and judgment ordered on the verdict."  *Newell & Skelton*, for plaintiff. *McGillicuddy & Morey*, for defendant.

ELLEN M. SARGENT, Petitioner
for Annulment of Marriage.

Hancock County.  Reported to the Law Court.  Under date of December 16, 1910, a per curiam rescript was issued which reads as follows:  "Upon the motion of the petitioner's counsel in this case, it is ordered that the report be discharged and the case remanded for further hearing in the court below."  *Jonathan P. Cilley*, for petitioner.